**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2564-23

TYRONE NOCK, administrator of
the ESTATE OF ADRIENNE NOCK,
deceased, on behalf of said decedent's
heirs-at-law and next-of-kin, and in
his own right,

     Plaintiff-Respondent,

v.

KENNEDY MEMORIAL HOSPITAL
WASHINGTON TOWNSHIP,
KENNEDY UNIVERSITY HOSPITAL
WASHINGTON TOWNSHIP,
KENNEDY HEALTH ALLIANCE,
ROWAN UNIVERSITY SCHOOL
OF OSTEOPATHIC MEDICINE,
THOMAS WETJEN, D.O.,
KATHLEEN RICHTER, PA-C,
NEELESH PARIKH, D.O.,
EMERGENCY PHYSICIAN
ASSOCIATES OF SOUTH JERSEY,
PC, GREGORY LICHTMAN, D.O.,
CORY LEBOWITZ, D.O., JAMES
STENSON, D.O., SERGIO PULIDO,
D.O., PHILIP WILLSIE, D.O., KELLY
SCHIERS, D.O., and ANTHONY
FLAIM, D.O.,

Defendants,

and

JEFFREY P. KOVACS, D.O.,
and RECONSTRUCTIVE
ORTHOPEDICS, PA,

Defendants-Appellants.

Submitted November 19, 2025 – Decided November 26, 2025

Before Judges Currier and Jablonski.

On appeal from the Superior Court of New Jersey, Law Division, Camden County, Docket No. L-2856-18.

Lenox Law Firm, attorneys for appellants (Michael J. Heron, Casey P. Acker, and Costadinos J. Georgiou, on the briefs).

Lite DePalma Greenberg & Afanador, LLC, and Saltz Mongeluzzi Bendesky, PC, attorneys for respondent (Jason S. Weiss, Morgan A. Kendall, and Bruce D. Greenberg, on the brief).

PER CURIAM

We have been advised this matter has been amicably adjusted, and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

M.C. Hanley

Clerk of the Appellate Division

2

A-2564-23